In the Matter of the Application of WILLIAM B. WALSH for Leave to Qualify and to Be Admitted to Examination by the State Board of Law Examiners.

(Submitted March 30, 1908; decided April 21, 1908.)

MOTION for order directing the state board of law examiners to allow the petitioner to qualify and be examined under the rules relating to the admission of attorneys.

*George Chase* and *Theodore E. Hancock* for motion.

*W. P. Goodelle* opposed.

Application denied upon the ground that attendance at a law school as a " special student," without following the prescribed course of study, is not a compliance with our rules, either as now in force or as they were before the amendments were made, which took effect July 1, 1907.